UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HUW EDWARDS and JANE EDWARDS,

    Plaintiffs,

v.

DEPOSITORS INSURANCE COMPANY,

    Defendant.

Case No. 20-cv-1074-JPG

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**MARGARET M. ROBERTIE, Clerk of Court**

**Dated: February 22, 2022**     **s/Tina Gray, Deputy Clerk**

**Approved:**  s/ J. Phil Gilbert
               **J. PHIL GILBERT**
             **DISTRICT JUDGE**